## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*
 *Clerk of Court*

*Phone: 314-244-7900*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following foreign passports to Immigration and Customs Enforcement - Field Office Director, 101 W. Congress Pkwy., Suite 4000, Chicago, IL 60605.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
|---|---|---|---|
| Alejandro Guzman-Castanon | 4:11-cr-00257-JCH | 07831115298(Mexico) | 03/09/2012 |
| Alejandro Guzman-Castanon | 4:11-cr-00257-JCH | 03859124917(Mexico) | 03/09/2012 |
| Marcin Zanowski | 4:10-cr-00510-HEA | BM2027390(Poland) | 01/12/2012 |

Dated this 1st day of June, 2012.

Catherine D. Perry
United States District Judge